IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:16-CR-230-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MAURICE PAUL HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before this court for a hearing on the government's petition for action on conditions of pre-trial release [DE-36] in accordance with 18 U.S.C. § 3148. Defendant Maurice Paul Hamilton ("Defendant") appeared before the court with counsel appearing by telephone. The court advised Defendant of the allegations contained in the government's petition, the punishment Defendant faces and his right to be heard on the government's petition, in response to which Defendant indicated his understanding.

Defendant indicated to the court his intention to waive hearing on the government's petition and to consent to detention in this matter. After conducting an inquiry of Defendant and his counsel by telephone in open court, this court finds that Defendant has waived his right to the hearing knowingly and voluntarily, and the court accepts Defendant's waiver.

Based on Defendant's waiver, there is no condition, or combination of conditions, that may be imposed to reasonably assure Defendant's appearance and/or the safety of another person or the community as required. 18 U.S.C. § 3143(a)(1). Accordingly, the government's petition is ALLOWED and Defendant's pre-trial release is REVOKED.

Defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshals for a court appearance

So ordered, the 1st day of March 2017.

Robert B. Jones, Jr.
United States Magistrate Judge